IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERIACE STONE,** | : | **CIVIL ACTION NO. 1:05-CV-2520** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **WARDEN THOMAS HOGAN, et al.,** | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 1st day of February, 2006, upon consideration of the answer to petition for writ of habeas corpus (Doc. 8-1), wherein respondent contends that petitioner has failed to exhaust administrative and state court remedies, and it appearing that briefing on the issue is necessary, it is hereby ORDERED that:

1. Respondent shall file a memorandum of law in support of the answer on or before February 15, 2006.

2. Petitioner shall be permitted to file a reply to the memorandum within fifteen (15) days of the filing of the memorandum of law.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge